UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**KENNETH ALLEN HINES and MARSHA HUGHES HINES**
S.S. Nos.: xxx-xx-6607 and xxx-xx-7408
Mailing Address: 2035 SPRING CREEK DR, Durham, NC 27704-

Case No. 10-80695

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on April 21, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 28, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 4/12/10
**Lastname-SS#:** Hines-6607

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Sprint | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Sprint | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | 1st DOT-BOA | | | ** |
| | Escrow-BOA | | | ** |
| | HOA | | | ** |
| | FHA MIP | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | 1st DOT-BOA | | $870 | N/A | n/a | $870.00 | House and Escrow |
| | Escrow-BOA | | $233 | N/A | n/a | $233.00 | House and Escrow |
| | HOA | | $14 | N/A | n/a | $14.00 | House and Escrow |
| | FHA MIP | | $62 | N/A | n/a | $62.00 | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Non-910 Citifinancial | | $12,465 | 5.00 | $125 | $260.34 | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | 910 United Paint and Body | | $1,700 | 5.00 | | $35.51 | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,583** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **5.25** months.

Sch D # = The number of the secured debt as listed on Schedule D
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE     (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".
See attached addendum for additional provisions.

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s WILLIAM MCDONALD
WILLIAM MCDONALD

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Internal Revenue Service (ED)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Capital One Auto Finance<br>Post Office Box 260848<br>Plano, TX 75026-0848 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | CBCS<br>Post Office Box 69<br>Columbus, OH 43216-0069 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Absolute Collection Service **<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | Child Support Enforcement<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Academy Collection Service<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | CitiFinancial Auto<br>P.O. Box 183036<br>Columbus, OH 43218-3036 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | American Profit Recovery<br>34405 W. 12 Mile Road<br>Suite 379<br>Farmington, MI 48331-5608 | Collectech Systems Inc **<br>P.O. Box 361567<br>Columbus, OH 43236-1567 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Ashro<br>Post Office Box 8951<br>Madison, WI 53708-8951 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Bank of America Home Loans<br>Post office Box 5170<br>Simi Valley, CA 93062-5170 | Credit Control, LLC<br>5757 Phantom Drive<br>Hazelwood, MO 63042 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Broadway Security<br>PO Box 631877<br>PO Box 361567<br>Irving, TX 75063 | Credit Financial Services<br>Post Office Box 451<br>Durham, NC 27702-0451 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | CACH, LLC<br>370 17th Street, Ste 5000<br>Denver, CO 80202 | Credit One Bank<br>Post Office Box 98873<br>Las Vegas, NV 89193 |

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Firestone
c/o Credit First
Post Office Box 81315
Cleveland, OH 44181-0315

HSBC Card Services
Post Office Box 5251
Carol Stream, IL 60197-5251

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

First Premier Bank
Post Office Box 5524
Sioux Falls, SD 57117-5524

IC Systems, Inc.
Post Office Box 64886
Saint Paul, MN 55164-0886

Durham Dermatology Associates, LLP
2609 North Duke Street, Ste 403
Durham, NC 27704

First Premier Bank
Post Office Box 5147
Sioux Falls, SD 57117-5147

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Durham Emergency Physicians, PA**
Post Office Box 15386
Durham, NC 27704-5386

Ginny's
1112 7th Avenue
Monroe, WI 53566-1364

K. Jordan
Post Office Box 8945
Madison, WI 57308

Durham Radiology & Assoc., Inc.
Post Office Box 60280
Charleston, SC 29419-0280

Granite Asset Management
Unknown

Kimbrell's
101 West Chapel Hill Street
Durham, NC 27701

Durham Regional Hospital
Post Office Box 91040
Durham, NC 27708-1040

HealthPort
Post Office Box 409900
Atlanta, GA 30384

Landon Farms
c/o CAS, Inc.
PO Box 83
Pinehurst, NC 28370

Durham Regional Hospital
Post Office Box 70841
Charlotte, NC 28272-0841

Home Depot Credit Services
Post Office Box 653000
Dallas, TX 75265-3000

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

E-Recovery Solutions
Post Office Box 826
Christiansburg, VA 24068-0826

Homecare Collection Service
PO Box 2484
Akron, OH 44309

Lincoln Community Health Ctr.
Post Office Box 52119
Durham, NC 27717-2119

Fingerhut
Post Office Box 1250
Saint Cloud, MN 56395-1250

HSBC
Post Office Box 5244
Carol Stream, IL 60197-5244

Mason Easy Pay
PO Box 77001
Madison, WI 53707

| | | |
|---|---|---|
| Massey's<br>Post Office Box 8959<br>Madison, WI 53708 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Regional Gastro Associates<br>2609 North Duke Street, Suite 50:<br>Durham, NC 27704 |
| Medical Modalities<br>PO Box 33842<br>North Royalton, OH 44133 | North Carolina Speciality Hospital<br>P.O. Box 15819<br>Durham, NC 27704-5819 | Regional Surgical Associates<br>Post Office Box 15698<br>Durham, NC 27704-0698 |
| Metris Companies<br>C/O HSBC Bank Nevada, N.A.<br>PO Box 22124<br>Tulsa, OK 74121-2124 | Portfolio Recovery Associates **<br>Post Office Box 12914<br>Norfolk, VA 23541-2914 | Resurgent<br>625 Pilot Road<br>Ste 2<br>Las Vegas, NV 89119 |
| Midnight Velvet<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Private Diagnostic Clinic, PLLC<br>P.O. Box 900002<br>Raleigh, NC 27675-9000 | Resurgent Capital Service<br>Post Office Box 10587<br>Greenville, SC 29603-0587 |
| Monroe & Main<br>112 7th Avenue<br>Monroe, WI 53566-1364 | Professional Recovery Consultants<br>2700 Meridian Parkway Suite 200<br>Durham, NC 27713-2204 | Scotts Lawn Service<br>Attn: Collection Department<br>Post Office Box 742585<br>Cincinnati, OH 45274-2585 |
| Montgomery Ward<br>3650 Milwaukee Street<br>Madison, WI 53714-2399 | Publishers Clearing House<br>Post Office Box 26305<br>Lehigh Valley, PA 18002-6305 | Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Moxie Pest Control<br>6301-C Angus Drive<br>Raleigh, NC 27617 | RCS<br>CSRECS01<br>Post Office Box 1022<br>Wixom, MI 48393-1022 | Sunrise Credit Services, Inc.<br>Post Office Box 9100<br>Farmingdale, NY 11735-9100 |
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Reeves & Company, Inc.<br>3333 Durham-Chapel Hill Blvd.<br>Suite 200E<br>Durham, NC 27707 | The Law Office of Harrison Ross<br>Esq., P.C.<br>229 Plaza Boulevard, Suite 112<br>Morrisville, PA 19067 |
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Regional Anesthesia, PLLC<br>Post Office Box 15609<br>Durham, NC 27704-0609 | The Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |

Triangle Orthopaedic Associates, PA
Post Office Box 30001
Durham, NC 27702


United Paint & Body Shop
815 E. Trinity Ave.
Durham, NC 27704


US Attorney's Office   (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


Verizon Wireless
One Verizon Place
NC GA3811HR
Alpharetta, GA 30004-8510