C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80695 C-13D |
| Kenneth A. Hines | ) | |
| Marshal H. Hines | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

      On August 13, 2010, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtors' proposed plan.  At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors and, Benjamin E. Lovell, Esq., attorney for the Standing Trustee appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

      1.  The Objection by the Standing Trustee to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

      2.  The Debtors shall have 30 days from August 13, 2010, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-80695 C-13D**

Kenneth A. Hines
Marsha H. Hines
2035 Spring Creek Dr.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702